1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4  Facsimile:  (559) 445-0156

5  Attorney for Defendant,
   MICHAEL ROSS THOMAS
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    )   Case No.  1:12-CR-00020 LJO
                                )
11    Plaintiff,                )   STIPULATION TO CONTINUE
                                )   SENTENCING HEARING
12    v.                        )   AND ORDER THEREON
                                )
13 MICHAEL ROSS THOMAS,         )   DATE: May 21, 2012
                                )   TIME:  10:30 a.m.
14                              )   Courtroom Four
      Defendant.                )
15 _____)   HONORABLE LAWRENCE J. O'NEILL

16

17     Defendant, MICHAEL ROSS THOMAS, through his counsel, John F. Garland and the

18 United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and

19 Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the

20 defendant's sentencing hearing from May 7, 2012 to **May 21, 2012** at **10:30 a.m.** This

21 continuance is necessary to allow the United States Probation Office additional time to

22 complete the Presentence Investigation Report for the instant case as well as for the related case

23 number 1:11- CR-00112 LJO.

24     The parties further stipulate that any delay resulting from this continuance shall be

25 excluded on the following basis:

26     a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by
          taking such action outweighs the best interest of the public and the defendant in a
27        speedy trial.

28

                                        1

Dated: March 29, 2012                                /s/ John F. Garland
                                                     John F. Garland
                                                     Attorney for Defendant
                                                     MICHAEL ROSS THOMAS


Dated: March 29, 2012                                Benjamin B. Wagner
                                                     United States Attorney


                                                     /s/ Kathleen A. Servatius
                                                     By: KATHLEEN A. SERVATIUS
                                                     Assistant U.S. Attorney


**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, the sentencing hearing for defendant MICHAEL ROSS THOMAS is continued to May 21, 2012 at 10:30 a.m.

IT IS SO ORDERED.

**Dated:   March 30, 2012**                         /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE